THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for Albert Dytch

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT DYTCH, | Case No. C 09-3359 SI |
| Plaintiff, | NOTICE OF VOLUNTARY DISMISSAL; ORDER |
| v. | |
| LARRY and JUDITH TANNAHILL, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), Plaintiff voluntarily dismisses the above-captioned action with prejudice.

Date: August 24, 2009

S/THOMAS N. STEWART, III
Attorney for Plaintiff

It is so Ordered

Date:

_____
Judge

Complaint                           1